41178. SOUTHEASTERN FIDELITY INSURANCE COMPANY
v. NAILS.
(333 SE2d 370)

PER CURIAM.

The result in this case is controlled by our decision in *Carter v. Banks,* 254 Ga. 550 (330 SE2d 866) (1985).

*Judgment reversed. Hill, C. J., Marshall, P. J., Clarke, Gregory, Weltner and Bell, JJ., and Judge William F. Grant concur. Smith, J., not participating.*

HILL, Chief Justice, concurring.

I concur in the judgment for the reasons stated in *Carter v. Banks,* 254 Ga. 550 (330 SE2d 866) (1985). In addition I note that the

record in this case shows that, in applying for insurance, the insured expressly rejected optional PIP, collision and loss of use coverage. See Ga. L. 1974, pp. 113, 118; now OCGA § 33-34-5 (a). Nevertheless, the insured had, and was paid pursuant to, pre-no-fault collision coverage.

DECIDED JUNE 19, 1984.

*Edward M. Harris, Jr., Brenda Holbert Trammell,* for appellant. *Long, Weinberg, Ansley & Wheeler, James H. Fisher II,* for appellee.

*Dickins & Irwin, Oliver B. Dickins, Jr., Bryan F. Dorsey, Jeffrey S. Gilbert, Barwick, Bentley, Karesh & Seacrest, Sanford R. Karesh, Gary L. Seacrest, Edwin A. Tate, Stephen M. Worrall, Alston & Bird, Ronald L. Reid, Nill V. Toulme, Powell, Goldstein, Frazer & Murphy, Frank Love, Jr., Eugene G. Partain, David R. Aufdenspring, Robert M. Travis, King & Spalding, Joseph B. Haynes, Ralph B. Levy, Dwight J. Davis, Bovis, Kyle & Burch, Steven Kyle, John V. Burch, Karsman, Brooks, Painter & Callaway, Stanley Karsman, Lee & Clark, H. Sol Clark, James M. Thompson, G. Brinson Williams, Paine, Dalis, Smith & McElreath, Travers W. Paine III, Nixon, Yow, Waller & Capers, D. Field Yow, Reginald Maxwell, Jr., John B. Long, Bell & Bell, John C. Bell, Jr., Walbert & Hermann, Paul D. Hermann, David F. Walbert, Burnside, Wall & Daniel, Thomas R. Burnside, Jr., Gurley & Fowler, Ben W. Beazley, Jr., Michael L. Wetzel, Alton D. Kitchings, Manley F. Brown, Drew, Eckl & Farnham, W. Wray Eckl, Samuel P. Pierce, Jr., Arthur H. Glaser, Robert M. Darroch,* amici curiae.